**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                              RE:    Harbans Kaur Hothi-Baryana
                                         Docket Number:  1:04CR05291-01 OWW
                                         **PERMISSION TO TRAVEL**
                                         **OUTSIDE THE COUNTRY**

Your Honor:

The supervisee is requesting permission to travel to Taggar Badala, Punjab, India.  She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On May 23, 2006, the supervisee was sentenced for the offense(s) of Conspiracy to Commit an Offense Against the United States.

**Sentence imposed:**  The supervisee was committed to the Bureau of Prisons for a term of 1 month, followed by a 36 month term of supervised release.  She was ordered to pay a $10,000 fine and a $100 special assessment.  In addition to the standard conditions of supervision, the following special conditions were imposed: 1) Search; 2) No dissipation of assets; 3) Provide access to financial information upon request; 4) No new credit charges or additional lines of credit; 5) Cooperation with Homeland Security and INS; 6) Submit DNA collection; and 7) 3 months electronic monitoring or home confinement.

**Dates and Mode of Travel:**  The supervisee has purchase her flight tickets via Asiana Airlines and requests permission to travel from July 11, 2008 through August 22, 2008.

**Purpose:**  The supervisee and her husband, Paramjit Taggar (codefendant in this case), plan to attend a family wedding at relatives residence located in Kandhali Naurang Pur District in Hoshiarpur, India.  In addition, she plans to visit their home in Hoshiarpur and begin moving storage from the home and begin cleaning both interior and exterior of the

RE: **Harbans Kaur Hothi-Baryana**
Docket Number:   1:04CR05291-01 OWW
<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

home.  According to the supervisee, she and her husband have not been in their home for about 10 years.  The supervisee's husband has been diagnosed with blockage in his arteries (about 65%) which has led to costly medical treatment.  Yet, he is still suffering from chest pains and anxiety.  Although her husband has sought treatment locally as well as other parts in California, she indicated that further treatment would continue to be costly.  In India, the cost of medical treatment including medications would be at a lower cost.  The supervisee and her husband will also seek dental and optical treatments.

It should be noted that the undersigned officer has submitted a recommendation for early termination in the instant case.   The reason why this request is being submitted at this time is because the supervisee and her husband prematurely purchased the flight tickets (at discount price at the time of purchase), before the early termination requests were approved by the Court.  The early termination requests will not be in effect prior to their date of departure.

**Justification:**  The supervisee has complied with all reporting requirements and has paid all financial obligations in full.  She has maintained residency in the Fresno area and has purchased, along with her husband, a motel in Perryton, Texas.   No new criminal arrest or convictions are noted and the undersigned officer has no objections with the requested travel.

Respectfully Submitted,

/s/ Jose T. Pulido

**Jose T. Pulido**
**United States Probation Officer**

**DATED:**   June 23, 2008
    Fresno, California
    jtp


**REVIEWED BY:**    Hubert J. Alvarez    for
    **BRUCE A. VASQUEZ**
    **Supervising United States Probation Officer**

RE: **Harbans Kaur Hothi-Baryana**
Docket Number:   **1:04CR05291-01 OWW**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

---

**ORDER OF THE COURT:**

Approved   _____X_____         Disapproved   _____

IT IS SO ORDERED.

**Dated:**   **June 24, 2008**            _____/s/ Oliver W. Wanger_____
                                        UNITED STATES DISTRICT JUDGE