PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:04CR05291-01** |
| ) | |
| **Harbans Kaur Hothi-Baryana** ) | |
| ) | |

On June 29, 2006, the above-named was placed on Supervised Release for a period of 3 years. She has complied with the rules and regulations of supervision. All financial obligations have been paid in full and she has completed her sentence (via electronic monitoring). It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Jose T. Pulido

**Jose T. Pulido
United States Probation Officer**

Dated:   June 20, 2008
         Fresno, California
         jtp

**REVIEWED BY:**   /s/ Bruce A. Vasquez
                  **BRUCE A. VASQUEZ
                  Supervising United States Probation Officer**

**Re: Harbans Kaur Hothi-Baryana**
   **Docket Number: 1:04CR05291-01**
   **ORDER TERMINATING SUPERVISED RELEASE**
   **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervisee be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   July 10, 2008**                  /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE